Gustave B. GARFIELD, Plaintiff-Appellant,

v.

Edmund PALMIERI, Defendant-Appellee.

No. 344, Docket 26797.

United States Court of Appeals Second Circuit.

Argued April 12, 1961.

Decided May 1, 1961.

Gustave B. Garfield, New York City, pro se.

Ned D. Frank, Asst. U. S. Atty., Brooklyn, N. Y. (Elliott Kahaner, U. S. Atty., Eastern District of New York, Brooklyn, N. Y., on the brief), for defendant-appellee.

Before LUMBARD, Chief Judge, and MEDINA and FRIENDLY, Circuit Judges.

PER CURIAM.

The order is affirmed on the opinion below, 193 F.Supp. 582.

Affirmed.